**In re SYMBOL TECHNOLOGIES,
INC., Petitioner.**

**Miscellaneous Docket No. 693.**

United States Court of Appeals,
Federal Circuit.

March 1, 2002.

* The motion for leave to file the papers are

Before MAYER, Chief Judge, LOURIE
and GAJARSA, Circuit Judges.

*ORDER*

GAJARSA, Circuit Judge.

Symbol Technologies, Inc. responds to
this court's February 1, 2002 order that
stated that, absent objection, the court
would dismiss as moot Symbol's petition
for a writ of mandamus to direct the Inter-
national Trade Commission to vacate its
order denying Symbol's motion to disquali-
fy Burns Doane Swecker & Mathis LLP,
counsel for Proxim, Inc. The ITC and
Proxim also respond.*

In our February 1 order, we noted that
after the filing of Symbol's mandamus pe-
tition, the ITC disqualified Burns Doan as
counsel for Proxim based upon another
party's motion to disqualify. Symbol now
argues that, nonetheless, its mandamus pe-
tition is not moot because it fears that "the
substantial work product generated during
the past twelve months by Burns Doane
will be used in the ITC investigation, and
subsequently against Symbol—Burns
Doane's current client—in the Delaware
action in which Symbol is a defendant."
This requested relief is different from that
previously requested from the ITC and is,
in part, presently before the ITC. Symbol
states that Proxim has a motion pending
requesting that Burns Doane be permitted
to transfer its files to Proxim's remaining
counsel. Thus, any determination by this
court regarding that issue in this manda-
mus petition would not be appropriate. To
the extent that Symbol seeks to bar the
use of material in the district court pro-
ceeding, that issue seems to be outside of
the ITC's purview.

In sum, the relief that Symbol requested
in its mandamus petition has been granted.

granted.

To the extent that Symbol is concerned that additional relief will not be granted, those matters fall outside of the scope of Symbol's mandamus petition.

Accordingly,

IT IS ORDERED THAT:

Symbol's mandamus petition is dismissed as moot.